PHILIP J. GALFO, PLAINTIFF-APPELLANT, v. TOWNSHIP OF ROCHELLE PARK AND WILLIAM MONTAGUE, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted April 1, 1980—Decided April 11, 1980.

Before Judges CRANE, MILMED and KING.

*Richard J. Donohue*, attorney for appellant:

*Skiba, Atkins & Eschwege*, attorneys for respondent (*Jay R. Atkins*, on the brief).

PER CURIAM.

The judgment is affirmed essentially for the reasons expressed by Judge Smith in his opinion reported at 166 *N.J.Super.* 117 (Law Div.1979).